TRINA A. HIGGINS, United States Attorney (#7349)
SIRENA MILLER WISSLER, Assistant United States Attorney (#7450)
BRYAN NATHAN REEVES, Assistant United States Attorney (#994799DC)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: sirena.wissler@usdoj.gov, bryan.reeves@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FNU LNU, a/k/a "Pablo,"<br>LORENA INEZ HERRERA<br>(a/k/a Lorena Duran, Melissa Valencia),<br>ISAAC DAVID VALDEZ<br>(a/k/a Jesus Rudolph Alvarado, Jose Alvarado, Jesse Alvarado) and<br>CRISTOPHER KIN CHUN (a/k/a C Kin)<br><br>Defendants. | Case No.  2:23mj695 JCB<br><br>CRIMINAL COMPLAINT<br><br>COUNT I:  21 U.S.C §§ 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine.<br><br>**Filed Under Seal**<br><br>HONORABLE JARED C. BENNETT<br>United States Magistrate Judge |

## COMPLAINT

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

//

//

1

## COUNT I

21 U.S.C. §§ 841(a)(1) and 846
(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown, but at least by December 2, 2022, and continuing to

on or about August 1, 2023, in the District of Utah, and elsewhere,

FNU LNU, a/k/a "Pablo,"
LORENA INEZ HERRERA
(a/k/a Lorena Duran, Melissa Valencia),
ISAAC DAVID VALDEZ
(a/k/a Jesus Rudolph Alvarado, Jose Alvarado, Jesse Alvarado) and
CRISTOPHER KIN CHUN (a/k/a C Kin)

the defendants herein, did knowingly and intentionally conspire with each other and others

known and unknown to distribute a mixture or substance containing a detectable amount

of methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C.

§ 812: all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21

U.S.C. § 841(b)(1)(C).

This complaint is made on the basis of an investigation consisting of the
following:

## BACKGROUND AND EXPERIENCE

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and am

an investigative or law enforcement officer of the United States within the meaning of 18

U.S.C. § 2510(7) empowered by law to conduct investigations of, and to make arrests for,

offenses enumerated in Section 2516 of Title 18, United States Code. I have been employed

by the FBI since July of 2014.  I am currently assigned to the FBI Safe Streets Violent Crime

Task Force ("SSVCTF") and I am tasked with investigating street gangs and drug trafficking.

As a Special Agent with the FBI, I have participated in several investigations involving drug trafficking activities in violation of 21 U.S.C. §§ 841 and 846. These investigations have resulted in the arrests and convictions of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of controlled substances and proceeds of the sale of those controlled substances.  I am familiar with the appearance, packaging, common usage and terminology regarding controlled substances through my training, experience, and observation.  I have assisted in and facilitated narcotics and weapons transactions utilizing undercover officers and confidential sources throughout the country. My experience includes training with and working with law enforcement personnel who specialize in the area of documentation and detection of proceeds from drug trafficking. I also have experience in debriefing defendants and sources of information as witnesses who have personal knowledge of drug trafficking organizations. Such individuals often have personal knowledge regarding the methods of transportation and distribution of the drugs and money in large-scale controlled substance distribution operations. This affidavit is based on my own investigation, oral and written reports by other law enforcement officers, physical surveillance, interviews, database and public records checks, searches, and other investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.  My interpretations of certain statements or words are based upon my knowledge of this investigation and my training and experience, including my experience investigating drug and money laundering related crimes. I learned the matters set out in this affidavit from my review of reports, records, affidavits, etc., through discussions with other law enforcement

3

officers/personnel, and from my own investigation which caused me to believe the information to be true. Dates and times are approximate.

### SUMMARY OF INVESTIGATION
### AND PROBABLE CAUSE

2.      The Federal Bureau of Investigation (FBI-SLC) has an open investigation of a drug trafficking organization (DTO) involving an as-yet fully identified subject, First Name Unknown, Last Name Unknown (FNU LNU), his co-conspirators, and multiple sources of supply. Although FNU LNU, a/k/a "Pablo" has not yet been positively identified, the investigative team has conducted surveillance on FNU LNU, a/k/a "Pablo" on multiple occasions. During these surveillance operations, FNU LNU, a/k/a "Pablo" nearly always kept his face concealed behind a fabric mask. However, on June 28, 2023, surveillance agents observed FNU LNU, a/k/a "Pablo" eating at a restaurant in Bountiful, Utah. By necessity, FNU LNU a/k/a "Pablo" removed his fabric mask, thereby exposing his face. Surveillance agents recorded a video of FNU LNU, a/k/a "Pablo," from which a still photograph was captured. That still photograph depicting the face of FNU LNU, a/k/a "Pablo" is attached hereto as Attachment A. Between December 2, 2022, and August 1, 2023, Agents conducted multiple controlled purchases of methamphetamine from different distributors working on behalf of the DTO.

3.      On May 26, 2023, the Honorable Robert J. Shelby, Chief United States District Judge for the District of Utah, issued an order authorizing the initial interception of wire and electronic communications of telephone number XXX-XXX-2381 (TARGET

TELEPHONE ONE or TT1) used by a distributor for the DTO.  Interceptions began on May 30, 2023 and concluded on June 29, 2023.

4.      On June 15, 2023, the Honorable Robert J. Shelby, Chief United States District Judge for the District of Utah,  issued an order authorizing the initial interception of wire and electronic communications of telephone number XXX-XXX-0187 (TARGET TELEPHONE TWO or TT2) used by FNU LNU.  During the course of interceptions over TT2, FNU LNU consistently identified himself as "Pablo," but gave no last name.  As a result, the investigative team has referred to this individual as "Pablo."  Interceptions of wire and electronic communications over TT2 began on June 16, 2023 and concluded on July 15, 2023.

5.      On July 17, 2023, the Honorable Robert J. Shelby, Chief United States District Judge for the District of Utah, issued an order authorizing the initial interception of wire and electronic communications of telephone numbers XXX-XXX-7391 (TARGET TELEPHONE THREE or TT3) used by FNU LNU, a/k/a Pablo LNU, and telephone number XXX-XXX-0612 (TARGET TELEPHONE FOUR or TT4) used by Lorena Inez HERRERA. Interceptions of TT3 and TT4 began on July 17, 2023 and are scheduled to conclude on August 15, 2023.  In addition to intercepting wire and electronic communications over TT3 and TT4, Agents are also receiving geolocation information for TT3 and TT4.

6.      Agents have learned through the wire and electronic intercepts of TT1, TT2, TT3, and TT4 and physical surveillance that FNU LNU, a/k/a Pablo LNU operates a DTO to that distributes methamphetamine throughout the greater Salt Lake City, Utah area, including sales in Utah County, Salt Lake County, Tooele County, and Davis County.  Recent wire interceptions also indicated that individuals travel from surrounding states to the district of

Utah to buy methamphetamine from the FNU LNU, a/k/a Pablo LNU DTO.

7.     Pablo primarily uses motels, hotels, and short-term rental properties to sell methamphetamine to his customers.  Pablo coordinates the methamphetamine distribution and sales by using cell calls and text messages to communicate with his customers and his distributors.   Pablo, HERRERA, VALDEZ, and CHUN have each delivered methamphetamine to customers of the Pablo DTO.

8.     The investigation revealed that Pablo coordinates his drug activities via phone calls and text messages, calling DTO customers and DTO members to arrange the narcotics transactions.  VALDEZ and CHUN have been responsible for bringing customers to the DTO and delivering narcotics to DTO customers.  CHUN also purchases narcotics from Pablo. HERRERA has picked up narcotics from Los Angeles, California for the DTO.  Additionally, HERRERA rents properties to facilitate DTO drug sales and she buys narcotics directly from Pablo.

9.     On June 28, 2023, at approximately 12:24 a.m., CHUN, who was using telephone number XXX-XXX-9790, called Pablo at TT2.  Most of the call was in Spanish and translated into English.  During the call, CHUN asked Pablo if "there's enough available at the spa because he needs a pound of clear."  Pablo replied "I think he has it."  Shortly after this call, Pablo called CHUN.  During the call, Pablo stated, "so he'll have that on him."

10.     Based on my training and experience, I am aware that individuals engaged in drug trafficking commonly utilized "code words" to refer to controlled substances in an effort to avoid detection by law enforcement.  More specifically, I know that the word "clear" is a commonly utilized code word for methamphetamine which, when of good quality, takes on

a crystalline or "clear" appearance. In the context of the above-referenced calls, CHUN was telling Pablo that he needed a pound of methamphetamine. In his response, Pablo later told CHUN that his drug courier would have a pound of methamphetamine available for CHUN.

11.     On June 30, 2023, at approximately 12:16 a.m., CHUN, who was using telephone number XXX-XXX-9790, called Pablo on TT2. Most of the call was in Spanish and translated into English. During the call, CHUN asked Pablo if he could buy a pound for a female customer. Pablo told CHUN that he was going to be out of "both of them." Pablo told CHUN, "on Monday I'll be good to go again." Pablo then told CHUN that if he bought six or more, CHUN would get a better price than $2,000. Based on my training, experience, and knowledge of this investigation, I believe CHUN asked Pablo if he could buy a pound of methamphetamine for an unknown female. Pablo told CHUN that he was almost out of methamphetamine and heroin. Later in the call, Pablo told CHUN that would get a better price per pound if he bought six or more pounds of methamphetamine. Furthermore, the investigation revealed that Pablo regularly sells pounds of methamphetamine for $2,000 per pound.

12.     On July 2, 2023, a Murray Police Department officer conducted a pedestrian stop on an individual for crossing the road on an upraised hand. The individual was later identified as CHUN. CHUN was arrested on outstanding warrants. During a search of CHUN's bag, the officer located approximately 123 grams of methamphetamine, a Palmetto PA-15 rifle, and 29 rounds of ammunition. The 123 grams of methamphetamine field tested positive for the presence of methamphetamine.

13.     Based on intercepted wire and electronic communications over TT2 towards

7

the end of June 2023 and beginning of July 2023, I know that Pablo informed DTO customers that he was running low on methamphetamine and heroin. Pablo then informed his customers that he would have more methamphetamine and heroin on "Monday" (July 3, 2023).

14.     Beginning on June 22, 2023, HERRERA, who was using TT4, and Pablo, who was using TT2, discussed the idea of HERRERA traveling to pick up narcotics for the Pablo DTO. As discussed further below, HERRERA traveled from the Salt Lake City, UT to Phoenix, AZ and Los Angeles, CA on a drug resupply trip between June 29, 2023, and July 2, 2023.

15.     On June 22, 2023, Pablo, who was using TT2, called HERRERA, who using TT4, to discuss the upcoming drug resupply trip. The following is a transcript of the intercepted phone call that took place at 1:01 p.m. on June 22, 2023:

HERRERA          Bueno.

Pablo          Hey what are you doing?

HERRERA          Nothing, what's up?

Pablo          Nothing, just chilling. The garbage is tomorrow?

HERRERA          Yeah, tomorrow morning.

Pablo          Oh ok.

Pablo          Hey um, you're cool right? You're cool to go do that [unintelligible] or no?

HERRERA          Yeah, um. You want me to go this weekend?

Pablo          No no no, it will probably be next weekend until I'm ready.

HERRERA          Ok perfect, perfect, perfect.

| | |
|---|---|
| Pablo | But like I think they are trying to do there's too though you know.  You cool with that one too still? |
| HERRERA | [Unintelligible] Yeah, can I come here like we've done it before?  I don't like [unintelligible]. |
| Pablo | No, you would have to because it's going to be both [unintelligible] |
| HERRERA | Yeah, yeah because I didn't like it the other way.  I don't like Kansas. |
| Pablo | Yeah, yeah, you could do it however you want to pretty much, but you would have to come here because [Unintelligible]. |
| HERRERA | Yeah, no, I like it better that way. |
| Pablo | Ok, you're good then, yeah so that way I, you know what I mean.  You're good. |
| HERRERA | No, I'm straight.  Yeah, everything is taken care of with my driver's license, [Unintelligible], everything. |
| Pablo | That way I can let them know you're good to go. |
| HERRERA | Yep. |
| Pablo | And then it probably.  I'm not for sure for sure, probably know like Monday.  But I'm pretty sure it will be next weekend.  If not that weekend, it will be the weekend after that. |
| HERRERA | Ok, cool. |
| Pablo | [Unintelligible] It will be next one. Ok. |

9

| HERRERA | Ok. Thank you. |
|---|---|
| Pablo | Alright, yeah no problem. |
| HERRERA | Bye. |

16.    Based on my training, experience, and knowledge of this investigation, I believe that during this call, Pablo asked HERRERA if HERRARA was willing to travel to pick up narcotics for the Pablo DTO.  Pablo told HERRERA that the trip would probably take place the following weekend or the weekend after that.  HERRERA agreed to go on the trip and that everything was taken care of with her driver's license.

17.    On June 27, 2023, Pablo, who was using TT2, called HERRERA, who was using TT4, to discuss the upcoming drug resupply trip.  The following is a transcript of the intercepted phone call that took place at 10:26 p.m. on June 27, 2023:

| HERRERA | Hello? |
|---|---|
| Pablo | Hey so I left it in the pot it's uh, 22. Just let me know what's left over so that way I can give you the rest. |
| HERRERA | Okay. |
| Pablo | And then uh, you're going to be good for this weekend? |
| HERRERA | Yeah. |
| Pablo | To go out there right? |
| HERRERA | Yeah |
| Pablo | When, when, when like, like same shit like always Friday? |
| HERRERA | When ever you want. I could go tomorrow if you want. |
| Pablo | Well let me finish that first and then I'll call you later on tonight. |

| HERRERA | Okay whenever you are ready though, I'm down. |
| Pablo | So you're good to go pretty much like you said if I needed you to go tomorrow you can? |
| HERRERA | Yeah. |
| Pablo | Okay let me figure it out and I'll call you back. I'll shoot you a text I won't call you. |
| HERRERA | Ok, bye |

18.     Based on my training, experience, and knowledge of this investigation, I believe that during this call Pablo asked HERRERA if she was good to go on the drug resupply run this weekend.  HERRERA told Pablo that she was ready to leave whenever Pablo needed her to.

19.     On June 29, 2023, Pablo, who was using TT2, received a phone call from HERRERA, who was using TT4, to discuss the how HERRERA's trip was going.  The following is a transcript of the intercepted phone call that took place at 2:11 p.m. on June 29, 2023:

| HERRERA | Hello? |
| Pablo | Hello? Hello? |
| HERRERA | Can you hear me? |
| Pablo | Yeah, I can hear you. |
| HERRERA | Is today your birthday? |
| Pablo | Yeah. |
| HERRERA | Happy birthday. |

11

| | |
|---|---|
| Pablo | Thank you. |
| HERRERA | I just wanted to say happy birthday. |
| Pablo | Thank you. |
| HERRERA | You're welcome. |
| Pablo | Um, how you doing? |
| HERRERA | Good, I'm almost uh the light. |
| Pablo | The light? Okay, alright then. Are you going to go straight over there or you going to chill right there for a little bit? |
| HERRERA | No, I'm going straight through. |
| Pablo | Are you just thinking you trying to see if we do it tonight then or tomorrow like always? |
| HERRERA | Uh probably tomorrow, I think I'll be there too late. My EMC is 7:30. |
| Pablo | Okay, for sure then. |
| HERRERA | Okay. |
| Pablo | Alright bye. |

20.     Based on my training, experience, and knowledge of this investigation, I believe that during this call, Pablo asked HERRERA how her drive was going. Based on judicially authorized geolocation information for HERRERA's phone, HERRERA was driving south on I-15 between St. George, UT and Las Vegas, NV during this call. Pablo then asked HERRERA if she was going to stop or keep driving. HERRERA told Pablo that she was going to keep driving. Geolocation information for HERRERA's phone revealed

12

that she drove through Las Vegas, NV and Kingman, AZ.  HERRERA eventually stopped in the Phoenix, AZ area.

21.    On June 30, 2023, Pablo, who was using TT2, called HERRERA, who was using TT4.  The following is a transcript of the intercepted phone call that took place at 1:38 p.m. on June 30, 2023:

| | |
|---|---|
| HERRERA | Hello? |
| Pablo | Hey, what are you doing? |
| HERRERA | Nothing, what are you doing? Can you hear me? Hey, hey Can you hear me? No it keeps cutting out sorry. |
| Pablo | I can hear you can you hear me? No so I got shitty service right now. So uh, fucking shit got complicated. |
| HERRERA | Okay, that's fine. |
| Pablo | We're gonna need to go over there, to LA. and then I'm gonna pay you extra 300 just out of convenience. But uh, those guys right there are pretty [Unintelligible] and they don't want you to go around there you know what I mean? Sorry. |
| HERRERA | Yeah, Okay, Yeah but I'm gonna need more money. I only [Unintelligible] a couple thousand. |
| Pablo | I'm pretty sure you are. I'm working on that now. I'm gonna have [Unintelligible] give to your moms' right? or somewhere else. |
| HERRERA | Yeah yeah no. |

| | |
|---|---|
| Pablo | Yeah, I figured you're gonna need more, what are you at right now? |
| HERRERA | A thousand. |
| Pablo | A thousand? Yeah you'll probably need like another two. I got you, I got you.  And then like I said there will be extra pay too you know, 'cause it has to go all the way over there.

But they're just trying to keep you safe. That's what it is. |
| HERRERA | Okay, yeah no it's cool it's cool, no that's fine. |
| Pablo | Well whenever you want in, |
| HERRERA | Well then let me know now, cause I'd rather just. |
| Pablo | Yeah, yeah just head over there. |
| HERRERA | Alright cool then. Cool. |
| Pablo | So so I'm working on that right now probably in the next hour or so to go over there to drop that money off. So [Unintelligible] just head that way. |
| HERRERA | Okay. [Unintelligible] I'll figure it all out. |
| Pablo | That dude already has your number, he has the same number so just as soon as you drop by just let me know and I'll tell him. |
| HERRERA | Okay cool let me figure everything out. I'll figure out my route and everything.  Okay. |
| Pablo | Okay for sure. |
| HERRERA | Okay Bye. |

14

22.     Based on my training, experience, and knowledge of this investigation, I believe that during this call, Pablo told HERRERA that she was going to need to travel to Los Angeles, CA from Phoenix, AZ.  Pablo told HERRERA that he would pay her extra for the additional travel.  Pablo told HERRERA that the change in plans was to keep HERRERA safe.  I believe that HERRERA initially traveled to Phoenix, AZ to pick up narcotics for the Pablo DTO, but then needed to travel to Los Angeles for the narcotics pickup.

23.     Based on judicially authorized geolocation information for TT4, Agents learned that HERRERA traveled from Phoenix, AZ to the Los Angeles, CA area on the evening of June 30, 2023.  HERRERA then traveled from Los Angeles, CA to Phoenix, AZ on July 1, 2023.  On July 2, 2023, HERRERA traveled from Phoenix, AZ to West Valley City, UT.

24.      Judicially authorized geolocation information for TT4 and intercepted calls between Pablo and HERRERA revealed that HERRERA had returned to the Salt Lake area by July 2, 2023. The following is a transcript of the intercepted phone call that took place at 11:36 p.m. on July 2, 2023:

HERRERA          Hello?

Pablo          Hey I'm up here by your garage.

HERRERA          Okay, I'm coming.

25.     Based on my training, experience, and knowledge of this investigation, I believe Pablo called HERRERA to inform her that he was at HERRERA's house.

26.     Law enforcement conducted physical surveillance at HERRERA's residence during the late hours on July 2, 2023, and early morning hours of July 3, 2023.  During the

surveillance, agents observed multiple vehicles arrive at the residence in a short amount of time.  Two of the vehicles were vehicles known to be used by Pablo.  Judicially authorized geolocation information for a Chevrolet Malibu with Utah temporary license plate CN97064 and Chevrolet Silverado with Utah license plate T627KW revealed that those vehicles traveled from Pablo's residence to HERRERA's residence late in the evening on July 2, 2023.  The Chevrolet Malibu and Chevrolet Silverado are vehicles known used by Pablo.

27.    Agents observed individuals transfer at least two large bags from a silver Cadillac SUV with a California license plate into Pablo's vehicles.  Agents then followed Pablo's two vehicles back to his residence.  Based on my training, experience, and knowledge of this investigation, I believe the large bags were narcotics being delivered to the Pablo DTO.

28.    On July 4, 2023, Pablo, who was using TT2, received a call from HERRERA, who was using TT4.  The following is a transcript of the intercepted phone call that took place at 10:34 p.m. on July 4, 2023:

Pablo          Hello?

HERRERA          Hi, a question?

Pablo          What's up?

HERRERA          Um, how much for one, like one full one.

Pablo          Of white?

HERRERA          No, the window.

Pablo          Oh the window? A full one, what you talking about like a 16?

HERRERA          Yeah the 16.

Pablo           So, two thousand. I have it for two thousand.

16

| | |
|---|---|
| HERRERA: | Okay, um. |
| Pablo | Do you need one? |
| HERRERA | Well hold on, let me see. (HERRERA then speak to another person with her and says she can do it for two). |
| HERRERA | He said really. He's gonna see right now and then I'll call you right back, if so I'll let you know. |
| Pablo | Okay, let me know. |
| HERRERA | Okay, I'll call you back. Bye |

29.     Based on my training, experience and as informed by other communications intercepted during the course of this investigation, I know that "full one" is commonly utilized code for one full pound.  Pablo then asked HERRERA if she needed a full one of "white," a commonly utilized term used to refer to cocaine, which is typically white in appearance. HERRERA then clarified that she was referring to "a window."  In this context, "window," much like "clear," is used to refer to the crystalline or clear appearance of methamphetamine. In summary, HERRERA was asking Pablo how much one pound of methamphetamine would cost her.  This is further corroborated by Pablo's response that he had it for "two thousand," which is consistent with the price Pablo charged for one pound of methamphetamine during the course of this investigation.

30.     On July 25, 2023, at approximately 3:13 p.m., VALDEZ, who was using telephone number XXX-XXX-8788, called Pablo at TT3.  Most of the call was in Spanish and translated into English.  During the call, VALDEZ told Pablo that he would be ready in an hour for an "entire one" for the lady.

17

31.     On July 25, 2023, at approximately 6:28 p.m., surveillance observed Pablo in a Chrysler 200 with Utah license plate 8X0XT near 900 West and 600 South in Salt Lake City, UT.  VALDEZ was observed getting into the passenger seat of the Chrysler 200 with an unknown female.  VALDEZ and the unknown female then got out of the Chrysler 200 and departed from the area.

32.     On July 27, 2023, VALDEZ delivered narcotics to customers of the Pablo DTO at the City Creek Inn and Suites in Salt Lake City, UT.  On July 27, 2023, Pablo, who was using TT3, received a call from VALDEZ, who was using telephone number XXX-XXX-8788.  The following is a transcript of the intercepted phone call that took place at 8:23 p.m. on July 27, 2023:

VALDEZ          Hey, I'm here.

Pablo          You there?  Ok, go to room 228.

VALDEZ          Ok

Pablo          Go alone first (Spanish interpretation)

VALDEZ          Alright (Spanish interpretation)

Pablo          Go alone because the guy will be there (Spanish interpretation)

33.     At approximately 8:26 p.m. on July 27, 2023, surveillance observed VALDEZ arrive at the City Creek Inn and Suites and enter room 228.  Shortly after VALDEZ entered room 228, VALDEZ texted Pablo, "Tell El Moro to not have all the cash out on the table when people come in to the room to always have it hidden just in case."

34.     On July 27, 2023, at approximately 8:50 p.m., VALDEZ called Pablo and told Pablo that he rented room 128.  Pablo told VALDEZ to "make shit happen."

18

35.     Throughout the evening on July 27, 2023, Agents intercepted Pablo talking to multiple customers on TT3.  Pablo directed his customers to meet with an unknown male in room 228 and VALDEZ in room 128 to pay for and pick up methamphetamine and heroin. For example, on July 27, 2023, at approximately 10:45 p.m., VALDEZ called Pablo.  During the call, Pablo told VALDEZ that one customer needed "one chocolate" and another customer needed "one chocolate and two crystal."  Based on my training, experience, and knowledge of this investigation, I know that chocolate is a common slang term for heroin and crystal is a common slang term for methamphetamine.

36.     On July 27, 2023, surveillance observed multiple customers of the Pablo DTO entering rooms 228 and 128 after ordering narcotics from Pablo LNU.

37.     Based on the foregoing information, your complainant respectfully requests that warrants for arrest for FNU LNU, a/k/a "PABLO," LORENA INEZ HERRERA,

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

ISAAC DAVID VALDEZ, and CRISTOPHER KIN CHUN, be issued for violations

of 21 U.S.C. §§ 841(a)(1) and 846 as detailed above in COUNT I.

BRAD SIMONS
FBI Special Agent
Federal Bureau of Investigation

APPROVED AS TO FORM:

TRINA HIGGINS
United States Attorney

/S/  Sirena Miller Wissler
SIRENA MILLER WISSLER
Assistant United States Attorney

BRYAN REEVES
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME this 1st day of August 2023, in
accordance with the requirements of Fed. R. Crim. P. 41.

THE HONORABLE JARED C. BENNETT
United States Magistrate Judge

20

**ATTACHMENT A**

