UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant:  Crystal Ann Beck          Docket Number:   2:23CR00295-023

Name of Judicial Officer:     Honorable Jared C. Bennett
                              U.S. Magistrate Judge

Date of Release:     August 22, 2023

## PETITIONING THE COURT

To issue a warrant: 251 West 400 North, Heber City, Utah, 84032, 385-204-8292

## CAUSE

The pretrial service officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about August 8, 2024, the defendant failed to report on a regular basis to the pretrial officer as directed.

Evidence in support of Allegation 1: On August 8, 2024, the defendant was advised to report to the U.S. Probation Office for Pretrial Services contact standards. Ms. Beck contacted the undersigned officer and advised she was delayed by a traffic jam. The defendant did not report to the U.S. Probation Office and never responded to text or phone calls.

**Allegation No. 2:** On or about February 22, 2024, the defendant failed to submit to drug/alcohol testing as directed by the pretrial officer.

Evidence in support of Allegation 2: On February 22, 2024, the defendant was contacted by the undersigned U.S. Pretrial Services Officer and advised to report to Five Minute Clinic in Heber City, Utah, to submit a sample for a urinalysis test. Investigations revealed Ms. Beck did not report to Five Minute Clinic to submit a sample that day. The defendant sent the undersigned officer a copy of a urinalysis test result dated February 22, 2024. Records from Five Minute Clinic in Heber City, Utah, and telephone conversations with staff at the clinic revealed the urinalysis test result dated February 22, 2024, was not produced by them. Therefore, it is alleged Ms. Beck submitted the undersigned officer a fraudulent urinalysis test result.

**Allegation No. 3:** On or about March 14, 2024, the defendant failed to submit to drug/alcohol testing as directed by the pretrial officer.

Evidence in support of Allegation 3: On March 14, 2024, the defendant was contacted by the undersigned U.S. Pretrial Services Officer and advised to report to Five Minute Clinic in Heber City, Utah, to submit a sample for a urinalysis test that day. Investigations revealed Ms. Beck did not report to Five Minute Clinic to submit that day. The defendant sent the undersigned officer a copy of a urinalysis test result dated March 14, 2024. Records from Five Minute Clinic in Heber City, Utah, and telephone conversations with staff at the clinic

Crystal Ann Beck<br>2:23CR00295-023

revealed the urinalysis test result dated March 14, 2024, was not produced by them. Therefore, it is alleged Ms. Beck submitted the undersigned officer a fraudulent urinalysis test result.

**Allegation No. 4:** On or about April 12, 2024, the defendant failed to submit to drug/alcohol testing as directed by the pretrial officer.

Evidence in support of Allegation 4: On April 12, 2024, the defendant was contacted by the undersigned U.S. Pretrial Services Officer and advised to report to Five Minute Clinic in Heber City, Utah, to submit a sample for a urinalysis test that day. Investigations revealed Ms. Beck did not report to Five Minute Clinic to submit that day. The defendant sent the undersigned officer a copy of a urinalysis test result dated April 12, 2024. Records from Five Minute Clinic in Heber City, Utah, and telephone conversations with staff at the clinic revealed the urinalysis test result dated April 12, 2024, was not produced by them. Therefore, it is alleged Ms. Beck submitted the undersigned officer a fraudulent urinalysis test result.

**Allegation No. 5:** On or about May 7, 2024, the defendant failed to submit to drug/alcohol testing as directed by the pretrial officer.

Evidence in support of Allegation 5: On May 7, 2024, the defendant was contacted by the undersigned U.S. Pretrial Services Officer and advised to report to Five Minute Clinic in Heber City, Utah, to submit a sample for a urinalysis test that day. Investigations revealed Ms. Beck did not report to Five Minute Clinic to submit that day. The defendant sent the undersigned officer a copy of a urinalysis test result dated May 7, 2024. Records from Five Minute Clinic in Heber City, Utah, and telephone conversations with staff at the clinic revealed the urinalysis test result dated May 7, 2024, was not produced by them. Therefore, it is alleged Ms. Beck submitted the undersigned officer a fraudulent urinalysis test result.

**Allegation No. 6:** On or about June 24, 2024, the defendant failed to submit to drug/alcohol testing as directed by the pretrial officer.

Evidence in support of Allegation 6: On June 24, 2024, the defendant was contacted by the undersigned U.S. Pretrial Services Officer and advised to report to Five Minute Clinic in Heber City, Utah, to submit a sample for a urinalysis test that day. Investigations revealed Ms. Beck did not report to Five Minute Clinic to submit that day. The defendant sent the undersigned officer a copy of a urinalysis test result dated June 24, 2024. Records from Five Minute Clinic in Heber City, Utah, and telephone conversations with staff at the clinic revealed the urinalysis test result dated June 24, 2024, was not produced by them. Therefore, it is alleged Ms. Beck submitted the undersigned officer a fraudulent urinalysis test result.

**Allegation No. 7:** On or about July 22, 2024, the defendant failed to submit to drug/alcohol testing as directed by the pretrial officer.

Evidence in support of Allegation 7: On July 22, 2024, the defendant was contacted by the undersigned U.S. Pretrial Services Officer and advised to report to Five Minute Clinic in Heber City, Utah, to submit a sample for a urinalysis test that day. Investigations revealed Ms. Beck did not report to Five Minute Clinic to submit that day. The defendant sent the undersigned officer a copy of a urinalysis test result dated July 22, 2024. Records from Five Minute Clinic in Heber City, Utah, and telephone conversations with staff at the clinic revealed the urinalysis test result dated July 22, 2024, was not produced by them. Therefore, it is alleged Ms. Beck submitted the undersigned officer a fraudulent urinalysis test result.

Crystal Ann Beck
2:23CR00295-023

I declare under penalty of perjury that the foregoing is true and correct.

_____
By    Amie Williamson
       U.S. Pretrial Services Officer
       Date: August 21, 2024

---

**THE COURT ORDERS:**

☐ The issuance of a Summons
☒ The issuance of a Warrant

_____
Honorable Jared C. Bennett
U.S. Magistrate Judge

Date: August 23, 2024